**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 333 EAL 2022
                                   :
                    Respondent     :
                                   :
                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court
              v.                   :
                                   :
                                   :
ANGELO MALDONADO,                  :
                                   :
                    Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.